UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARILYN R. HUNT,
    Plaintiff,

v.                                CASE NO. 3:21-cv-1229-HES-MCR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,
    Defendants.
_____/

O R D E R

    The Magistrate Judge's Report and Recommendation (Dkt. 19) suggests James Lightfoot's Motion to Intervene should be denied. No objections have been filed. After an independent review of the record, this Court adopts the Report and Recommendation in full.

    Accordingly, it is **ORDERED**:

    1. The Magistrate Judge's Report and Recommendation (Dkt. 19) is **ADOPTED**;

    2. James Lightfoot's Motion to Intervene (Dkt. 15) is **DENIED**.

    **DONE AND ORDERED** at Jacksonville, Florida, this 26 day of October, 2022.

                                          HARVEY E. SCHLESINGER
                                          UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Judge Monte C. Richardson
Angela E. Rodante, Esq.
Scott E. Damon, Esq.
Charles J. Meltz, Esq.
Laura Marie Kelly, Esq.
Fred A. Cunningham, Esq.